IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:22-cr-00038-FL

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD ALLEN WHEELER**<br><br>　　　　　**Defendant.** | **ORDER** |

Upon motion of Defendant, it is hereby ORDERED that **Docket Entry Number 47** be sealed by the Clerk after entry by Judge.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 28th day of June 2023.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE